

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**NJID 193379**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for SANTANDER BANK, N.A.</u>

| | |
|---|---|
| IN RE: | : CASE NO.  15-32161 -MBK |
| | :  Hearing Date 03/07/2016 @ 10:00 am |
| LEO B. PRATTE A/K/A LEO PRATTE | |
| LAURA F. PRATTE A/K/A LAURA PRATTE | : Judge: MICHAEL B KAPLAN |
| Debtors | |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: March 8, 2016**

_Michal B. Kaplan_

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for

SANTANDER BANK, N.A., under Bankruptcy Code §362(d) for relief from the automatic

stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☒       Real Property more fully described as: 606 WAYSIDE ROAD, NEPTUNE, NJ 07753

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party

who entered an appearance on this motion.